# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| Pablo Rodriguez, a/k/a Pablo Popoca, and Adolfo Rodriguez, on behalf of themselves and all other Plaintiffs similary situated known and unknown.<br><br>V<br><br>B.W. Servies and Bruce Weiss, individually | FILED: JUNE 30, 2008<br>08CV3727<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE VALDEZ<br>YM |

*AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:*

**PLAINTIFFS+C24**

| | |
|---|---|
| NAME | **VINCENT H. BECKMAN, III** |
| SIGNATURE | s / Vincent H. Beckman, III |
| FIRM | **FARMWORKER ADVOCACY PROJECT** |
| STREET ADDRESS | **100 West Monroe Street, Suite 1800** |
| CITY/STATE/ZIP | **Chicago, IL 60603** |
| IDENTIFICATION NUMBER | **ARDC # 0152803** |
| TELEPHONE NUMBER | **(312) 784-3522** |
| FAX NUMBER: | **(312) 347-7604** |
| EMAIL ADDRESS: | |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | | **X** |

IF THIS IS A CRIMINAL CASE, CHEK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐