IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PABLO RODRIGUEZ, A/K/A PABLO POPOCA, AND ADOLFO RODRIGUEZ,** on behalf of themselves and all other plaintiffs known and unknown,<br><br>Plaintiffs<br><br>v.<br><br>**B.W. SERVICES AND BRUCE WEISS, INDIVIDUALLY,**<br><br>Defendants | **No.** 08 CV 3727<br><br>Honorable Judge Zagel<br><br>Magistrate Judge Valdez<br><br>*JURY DEMAND* |

### NOTICE OF FILING

TO:  B.W. Services
     Bruce Weiss
     846 N. Madison Street
     Woodstock, IL 60098

    PLEASE TAKE NOTICE that on July 1, 2008 I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Consent To Be A Plaintiff – Pablo Rodriguez, Consent To Be A Plaintiff – Adolfo Rodriguez**, a copy of which is attached hereto.

                                          s/ John W. Billhorn
                                          *Electronically Filed 07/01/2008*

                                          _____
                                          John W. Billhorn

## **CERTIFICATE OF SERVICE**

I, Jodi S. Hoare, a non-attorney, state that on July 1, 2008, I caused a copy of the aforementioned documents, to be served via the Court's Electronic Filing System, or as otherwise directed to those of record as indicated above.

s/ Jodi S. Hoare

_____

Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450

Client-Attorney-Consent.SPANISH -1

BILLHORN

 LAW

FIRM

-------------------

515 N. State Street / Suite 2200

Chicago, IL 60610

Tele: (312) 464-1450

Fax: (312) 464-1459

CONSENTIMIENTO PARA

SER PARTE DE LA DEMANDA

Entrando en este acuerdo el dia __25__ de __Mayo__ del 2008 entre ADOLFO RODRIGUEZ (Cliente) y John W. Billhorn, (Abogado), Por medio de la presente autorizo y comprometo a Billhorn Law Firm de proseguir los sueldos atrazados y
otros derechos en contra de B.W. SERVICES, AND BRUCE WEISS, INDIVIDUALLY. Yo el abajo firmante, ADOLFO RODRIGUEZ, Por medio de la presente doy mi consentimiento para ser parte de la demanda.

_Adolfo Rodriguez_

FIRMA DEL CLIENTE


CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this __25__ day of __May__, 2008 between ADOLFO RODRIGUEZ (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Billhorn Law Firm to pursue back wages and other relief against
B.W. SERVICES, AND BRUCE WEISS, INDIVIDUALLY, and by his signature below, ADOLFO RODRIGUEZ,
hereby consents to be a party Plaintiff in said law suit.

_Adolfo Rodriguez_

CLIENT'S SIGNATURE

**BILLHORN LAW FIRM**

---

515 N. State Street / Suite 2200
Chicago, IL 60610
Tele: (312) 464-1450
Fax: (312) 464-1459

## CONSENTIMIENTO PARA SER PARTE DE LA DEMANDA

Entrando en este acuerdo el dia 25 de Mayo del 2008 entre **PABLO RODRIGUEZ, A/K/A PABLO POPOCA** (Cliente) y John W. Billhorn, (Abogado), Por medio de la presente autorizo y comprometo a Billhorn Law Firm de proseguir los sueldos atrazados y otros derechos en contra de **B.W. SERVICES, AND BRUCE WEISS, INDIVIDUALLY.** Yo el abajo firmante, **PABLO RODRIGUEZ, A/K/A PABLO POPOCA.** Por medio de la presente doy mi consentimiento para ser parte de la demanda.

*Pablo Rodriguez*
FIRMA DEL CLIENTE

## CONSENT TO BE PARTY PLAINTIFF

This agreement, entered into on this 25 day of May, 2008 between **PABLO RODRIGUEZ, A/K/A PABLO POPOCA** (Client) and John W. Billhorn, (Attorney), hereby authorizes and engages the Billhorn Law Firm to pursue back wages and other relief against **B.W. SERVICES, AND BRUCE WEISS, INDIVIDUALLY,** and by his signature below, **PABLO RODRIGUEZ, A/K/A PABLO POPOCA,** hereby consents to be a party Plaintiff in said law suit.

*Pablo Rodriguez*
CLIENT'S SIGNATURE

1