# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 08C03727

PABLO RODRIGUEZ, a/k/a PABLO POPOCA,
and ADOLFO RODRÍGUEZ, *on behalf of themselves
and all other plaintiffs known and unknown*,

                          Plaintiffs,

v.

B.W. SERVICES and BRUCE WEISS,
*individually*,

                          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

B.W. Services and Bruce Weiss

| |
|---|
| NAME: (Type or Print) |
| Joseph M. Gagliardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/Joseph M. Gagliardo |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60654 |

| | |
|---|---|
| ID NUMBER: 92043 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐              APPOINTED COUNSEL ☐ | |