## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PABLO RODRIGUEZ, a/k/a PABLO POPOCA, and ADOLFO RODRIGUEZ, *on behalf of themselves and all other plaintiffs known and unknown*, </br></br>　　　　Plaintiffs, </br></br>　v. </br></br>B.W. SERVICES and BRUCE WEISS, *individually,* </br></br>　　　　Defendants. | Case No. 08C03727 </br></br> JUDGE ZAGEL |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, B.W. Services and Bruce Weiss, by their attorneys, respectfully request an extension of time within which to file their responsive pleading in this case to allow the Parties additional time to try to resolve the case. In support of this Motion, Defendants state the following:

1. Plaintiffs, Pablo and Adolfo Rodriguez, filed this action on June 30, 2008, seeking alleged unpaid overtime wages under both federal and state law.

2. Defense Counsel met with Plaintiffs' Counsel to discuss the issues and in an attempt to resolve the matter. Defense Counsel agreed to provide Plaintiffs' Counsel with documentation prior to having to engage in formal discovery practice to enable the Parties to assess any proposals to resolve this matter.

3. Defendants respectfully request that this Court allow the Parties a few weeks to allow the Parties to explore resolution of this matter and, therefore, to give Defendants until September 25, 2008, to answer or otherwise plead.

4. Plaintiffs' Counsel has been consulted on this Motion and has no objection.

WHEREFORE, Defendants, B.W. Services and Bruce Weiss, respectfully request an additional three weeks or until September 25, 2008, to answer or otherwise plead.

Dated: August 28, 2008                    For Defendants:

/s/Jennifer A. Naber
Jennifer A. Naber
Laner, Muchin, Dombrow, Becker,
  Levin & Tominberg, LLP
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312)467-9800
(312) 467-9479 (fax)
jnaber@lanermuchin.com

## CERTIFICATE OF SERVICE

I hereby certify that Defendants' **Notice of Motion, Defendants' Motion for Additional Time to File Their Responsive Pleading and this Certificate of Service** was filed with the Clerk of the Court and served, by operation of the Court's CM/ECF system, this 28th day of August, 2008, upon:

        John W. Billhorn
        515 N. State Street
        Suite 2200
        Chicago, Illinois 60610

        Vincent H. Beckman, III
        Farmworker Advocacy Beckman, III
        100 West Monroe, #1800
        Chicago, IL 60603
        (312)347-7604
        Email: vbeckman@lafchicago.org


        /s/Jennifer A. Naber
        Jennifer A. Naber