**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PABLO RODRIGUEZ, a/k/a PABLO POPOCA, and ADOLFO RODRIGUEZ,** *on behalf of themselves and all other plaintiffs known and unknown,* | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **Case No. 08C03727** |
| | ) **Judge Zagel** |
| **B.W. SERVICES and BRUCE WEISS,** *individually,* | )<br>)<br>) |
| **Defendants.** | ) |

**NOTICE OF MOTION**

TO:  John W. Billhorn                Vincent H. Beckman, III
       515 N. State Street              Farmworker Advocacy Beckman, III
       Suite 2200                          100 West Monroe, #1800
       Chicago, IL  60610             Chicago, IL  60603

PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge James B. Zagel, or any Judge sitting in his stead, in Room 2503 of the Federal Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendants' Motion for Additional Time to File Their Responsive Pleading**.

Dated:  August 28, 2008                B.W. SERVICES and BRUCE WEISS,
                                                       individually

                                                       By:    /s/Jennifer A. Naber
                                                                One of Their Attorneys

Jennifer A. Naber
Joseph M. Gagliardo
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800/(312) 467-9479 (fax)
jnaber@lanermuchin.com
jgagliardo@lanermuchin.com