**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:  08C03727

PABLO RODRIGUEZ, a/k/a PABLO POPOCA,
and ADOLFO RODRÍGUEZ, *on behalf of themselves
and all other plaintiffs known and unknown*,

                                    Plaintiffs,

v.

B.W. SERVICES and BRUCE WEISS,
*individually*,

                                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

B.W. Services and Bruce Weiss

| |
|---|
| NAME: (Type or Print)<br>Joseph M. Gagliardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/Joseph M. Gagliardo |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS:  515 North State Street, Suite 2800 |

| | |
|---|---|
| CITY/STATE/ZIP: Chicago, Illinois 60654 | E-mail: jgagliardo@lanermuchin.com |
| ID NUMBER:  92043 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐              APPOINTED COUNSEL ☐ ||

Document ID: 481786.1   8/28/2008 9:56:12 AM

## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Appearance of Joseph M. Gagliardo was filed with the Clerk of the Court and served, by operation of the Court's CM/ECF system, this 2nd day of September, 2008, upon:

> John W. Billhorn
> 515 N. State Street
> Suite 2200
> Chicago, Illinois 60610
>
> Vincent H. Beckman, III
> Farmworker Advocacy Beckman, III
> 100 West Monroe, #1800
> Chicago, IL 60603
> (312)347-7604
> Email: vbeckman@lafchicago.org

> /s/Joseph M. Gagliardo
> Joseph M. Gagliardo

Document ID: 481786.1   8/28/2008 9:56:12 AM